### COTTON *v.* THE STATE.

EVANS, P. J.   The sole question being the sufficiency of the evidence to support the verdict, upon a consideration of the evidence it is held to be sufficient.          *Judgment affirmed.   All the Justices concur.*
                    OCTOBER 18, 1916.

Indictment   for   rape.   Before   Judge   Freeman.   Meriwether superior court.   April 24, 1916.

*R. A. McCraw,* for plaintiff in error.

*Clifford Walker, attorney-general, J. R. Terrell, solicitor-general,* and *Mark Bolding,* contra.

---

### WILLIAMS *v.* THE STATE.

HILL, J.   There was no error in the charges complained of, nor in refusing to give the charges requested, for any reason assigned.   The evidence supports the verdict.     *Judgment affirmed.   All the Justices concur.*
                    OCTOBER 18, 1916.

Indictment for murder.   Before Judge Cox.   Turner superior court.   June 3, 1916.

*John R. Cooper,* for plaintiff in error.

*Clifford Walker, attorney-general, R. C. Bell, solicitor-general, F. A. Hooper,* and *Mark Bolding,* contra.